FILED
2019 Aug-23 PM 12:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| TANISHKA CHAUHAN, | ) |
| Petitioner, | ) |
| v. | ) Case No.: 4:18-cv-01175-AKK-JHE |
| ATTORNEY GENERAL, et al., | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

On August 6, 2019, the magistrate judge entered a Report and Recommendation, doc. 12, recommending that Respondents' motion to dismiss, doc. 11, be granted, and the petition for writ of habeas corpus be dismissed as moot. No objections have been filed. The court has considered the entire file in this action, together with the report and recommendation, and has reached an independent conclusion that the report and recommendation is due to be adopted and approved.

Accordingly, the court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of this court. The petition for writ of habeas corpus is due to be DISMISSED as moot. A separate Order will be entered.

**DONE** the 23rd day of August, 2019.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE